UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| J█████ M█████, a minor, age 3, by his Court appointed Guardian, PATRICIA EVANS; MICHELLE VANNOY; and ROGER EVANS )<br><br>PLAINTIFFS,<br><br>VS.<br><br>MELISSA D. HATFIELD; ANNA BROWN; and LIGHTHOUSE CASUALTY COMPANY (Name changed to ZIVA SEGUROS on October 16, 2019)<br><br>DEFENDANTS. | *Electronically Filed*<br><br>**CASE NO. 4:19CV-183-JHM** |

**NOTICE OF REMOVAL**

Comes the Defendant, Lighthouse Casualty Company, by counsel, and for its Notice of Removal from the Hopkins Circuit Court to this Court pursuant to 28 U.S.C. § 1332, 1441, 1446, hereby files this Notice of Removal. By filing this Notice of Removal, this Defendant does not waive its objections to service, personal jurisdiction, venue, failure to state a claim upon which relief can be granted, or any other defenses available under Fed. R. Civ. Pro. 12(b) or otherwise. As grounds for removal of this action, Defendant, Lighthouse Casualty Company, respectfully states as follows:

1. On November 25, 2019, the Plaintiffs, J█████ M█████, by his appointed guardian, Patricia Evans; Michelle Vannoy; and Roger Evans, commenced this civil action against Melissa D. Hatfield, Anna Brown, and Lighthouse Casualty Company, in the Hopkins Circuit Court,

designated therein as Civil Action No. 19-CI-711. True and complete copies of the process, pleadings, and orders served upon and filed by all parties in this action are attached as **Exhibit 1**.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount claimed by Plaintiffs exceeds the jurisdictional minimum of $75,000, though Defendant denies liability for Plaintiff's claim for damages.

3. Defendant Melissa D. Hatfield is a resident of Indiana.

4. Defendant Anna Brown is a resident of Indiana.

5. Pursuant to 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business. Defendant, Lighthouse Casualty Company, is therefore a citizen of Illinois, its state of incorporation, and the location of its principal state of business.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, because Plaintiffs claim damages in excess of $5 million. Further, it is well established that claims may be aggregated to satisfy the jurisdictional amount requirement.[1]

7. In particular, in the Complaint, Plaintiff J___ M___ seeks $5 million in punitive damages from Defendant Melissa D. Hatfield and $5 million from Defendant Lighthouse Casualty Company, $1 million for past medical expenses, $500,000 for future medical expenses, $2 million for destruction of earning power, $6 million for a life care plan, $1 million for physical pain and suffering, and $2 million for mental pain and suffering. Plaintiffs Michelle Vannoy and

---

[1] See *Bullard v. City of Cisco, Tex.*, 54 S. Ct. 177 (1933); *Edwards v. Bates County,* 16 S. Ct. 967 (1896); *Crawford v. Neal*, 12 S. Ct. 759 (1892); *Everett v. Verizon Wireless, Inc.*, 460 F.3d 818 (6th Cir. 2006); *Klepper v. First American Bank*, 916 F.2d 337 (6th Cir. 1990); *Davis H. Elliot Co., Inc. v. Caribbean Utilities Co., Ltd.*, 513 F.2d 1176 (6th Cir. 1975); and *Lemmon v. Cedar Point, Inc.*, 406 F.2d 94, 96 (6th Cir. 1969).

Roger Evans also seek damages. In the aggregate and individually, these claims for damages exceed $75,000.00.

8. This action is removable to this District Court pursuant to 28 U.S.C. § 1441(a). This District and Division constitute the appropriate forum to which this action should be removed. The Hopkins Circuit Court is within the Owensboro Division.

9. Pursuant to 28 U.S.C. § 1446(b)(3), removal must be filed within thirty days after receipt of a copy of an order or other paper from which it may first be ascertained that the case is one which is or has become removable.

10. The Notice tendered herewith is being filed on December 12, 2019, within thirty days of the Defendant, Lighthouse Casualty Company, becoming aware of the removability of this case as required by 28 U.S.C. § 1446(b). The Defendant became aware of the removability of this case on or about November 25, 2019, when it received a copy of the Complaint that was filed November 25, 2019.

11. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate are mailed to Plaintiff's counsel as of the date of this filing.

12. Defendants, Melissa D. Hatfield and Anna Brown, on information and belief, have not been served with the Complaint. Therefore, removal is appropriate pursuant to 28 U.S.C. § 1446(b)(2)(A).

13. True and correct copies of the pleadings enumerated are filed with the Clerk of the Hopkins Circuit Court as of the date of this filing.

**WHEREFORE**, Defendant, Lighthouse Casualty Company, requests the removal of this action from the Hopkins Circuit Court to this Court for all appropriate procedures.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

    /s/ Elizabeth M. Bass
Melissa Thompson Richardson
Elizabeth M. Bass
Douglas P. Dawson
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:   (502) 785-9090
Facsimile:   (502) 742-0326
Email:   Melissa@WaltersRichardson.com
    Elizabeth@WaltersRichardson.com
    Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT LIGHTHOUSE CASUALTY COMPANY,

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the 12th day of December, 2019 by mailing via mail a true and accurate copy to the following:

Wendell Holloway
134 South Scott Street
P.O. Box 1191
Madisonville, KY 42431
*Counsel for Plaintiff*

Anna Brown
2912 North Bedford Avenue
Evansville, IN 47711
*Defendant*

Melissa D. Hatfield
1100 North Garvin Street
Madisonville, KY 42431
*Defendant*

    /s/ Elizabeth M. Bass
COUNSEL FOR DEFENDANT LIGHTHOUSE CASUALTY COMPANY

7464.006517C:\NRPortbl\Golden_and_Walters\KIM\1155373_1.docx