## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CIVIL ACTION NO. 4:19CV-00183-JHM**

**J.M., a minor, by Guardian, PATRICIA EVANS, et al.**                    **PLAINTIFFS**

**V.**

**MELISSA D. HATFIELD and ANNA BROWN**                    **DEFENDANTS**

### JUDGMENT

Consistent with an Order entered today, this case is dismissed without prejudice for Plaintiffs' failure to serve the Defendants within the time permitted by Federal Rule of Civil Procedure 4(m).

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: counsel of record

March 15, 2021